■ REBECCA H. BARITOT, Respondent, v WENDY J. KLINGER, Appellant. [817 NYS2d 196]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered November 4, 2005 in a personal injury action. The order denied defendant's cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.